UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| PATRICIA AIGBOHAN, et al., | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| | § | CIVIL ACTION NO.______________ |
| | § | |
| V. | § | |
| | § | |
| LIFECARE 2.1, LLC | § | |
| LIFECARE 2.0, LLC, | § | |
| LIFECARE 2.0 MANAGEMENT | § | |
| SERVICES, LLC, | § | |
| LIFECARE HOSPITAL OF PLANO | § | |
| And CHRIS LEBLANC | § | |
| | § | |
| Defendants. | § | |

PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS

Plaintiff Patricia Aigbohan et al. hereby submit their Certificate of Interested Persons as follows:

CERTIFICATE OF INTERESTED PERSONS

Pursuant to FED. R. CIV. P. 7.1 and Local Rules 7.4, 3.1(c), and 3.2(e), Plaintiff Patricia Aigbohan et al. identifies the following persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parents or subsidiary corporations, or other legal entities who or which are financially interested in the outcome of this case:

1. Patricia Aigbohan, et al. — All Plaintiffs listed in the Complaint
2. David Fielding — Plaintiffs' Attorney
3. LifeCare 2.1, LLC et al. — All Defendants listed in the Complaint

Respectfully submitted,

/s/ David Fielding
David Fielding
State Bar No. 06974500

DAVID FIELDING, PC
101 Summit Avenue, Suite 1010
Fort Worth, Texas 76102
Telephone: 996-8673
Facsimile: 682-250-7109
Email: dfielding@fieldingpc.com

ATTORNEYS FOR PLAINTIFFS